# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KELTON JOSEPH RAY

NO. 2020 KW 0758

**SEPTEMBER 28, 2020**

---

In Re:  Kelton Joseph Ray, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 591556 & 591557.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT